IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,   vs.   MARISA CARDONA,            Defendant. | 8:13CR400   ORDER |

This matter is before the court on defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE AND CONTINUE TRIAL DATE [19]. The record shows that the deadline to file Pretrial Motions expired on November 19, 2013. New retained counsel entered her appearance on behalf of the defendant on November 22, 2013. The defendant's Motion to Extend Pretrial Motion Deadline [19] was filed out of time on November 29, 2013. The Court finds that the appearance of new counsel does not warrant reopening the deadline to file pretrial motions, and the defendant has not shown good cause for extending the deadline.

IT IS ORDERED:

1.   Defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE AND CONTINUE TRIAL DATE [19] is denied.

2.   The trial date of December 16, 2013 remains in effect.

Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Monday, December 9, 2013.

Dated this 2nd day of December, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge